```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 18713
   LADONNA J SILAS LEONARD
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0532


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/21/2008 and was not confirmed.

     The case was dismissed without confirmation 11/26/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------
AMERICAN HOME MORTGAGE    CURRENT MORTG          .00           .00             .00
AMERICAN HOME MORTGAGE    MORTGAGE ARRE     26500.00           .00             .00
CITY OF CHICAGO REVENUE   PRIORITY         NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          1175.84           .00             .00
CITY OF CHICAGO PARKING   UNSECURED          1870.00           .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY            .00                           .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                            675.00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                        675.00

PRIORITY                                                       .00
SECURED                                                        .00
UNSECURED                                                      .00
ADMINISTRATIVE                                                 .00
TRUSTEE COMPENSATION                                           .00
DEBTOR REFUND                                               675.00
                            --------------          --------------
TOTALS                             675.00                   675.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.



                                    /s/ Tom Vaughn
     Dated: 02/25/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```